### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **CRIMINAL NO. 17-CR-00075 (EGS)** |
| | : | |
| v. | : | |
| | : | **FILED** |
| DANIEL GARRETT ZANCAN, | : | |
| | : | NOV 0 6 2017 |
| Defendant. | : | Clerk, U.S. District and Bankruptcy Courts |

### STATEMENT OF OFFENSE

The United States of America, by its attorney, the United States Attorney for the District of Columbia, respectfully submits the following Statement of Offense in the above-captioned matter.

The following proffer of the government's evidence is intended only to provide the Court with enough evidence to satisfy the mandate of Rule 11(b)(3) of the Federal Rules of Criminal Procedure. This proffer is not intended to be a disclosure of all the evidence available to the United States nor, to the extent it makes representations concerning anything the defendant said, is it a recitation of all that the defendant said.

Had this matter gone to trial, the government's evidence would have shown, beyond a reasonable doubt, the following facts.

#### *Introduction*

1.     The defendant DANIEL GARRETT ZANCAN resided in Maryland, and worked as the Chief Financial Officer for R&R Mechanical Contractors, Inc., an HVAC and plumbing construction company located at 2902 Bladensburg Road, N.E., Washington, D.C.  The defendant maintained a bank account at SunTrust Bank (account number xxxxxxxxx8370).

2.     Co-Conspirator 1 advertised massage services on Backpage.com, and provided those services in Maryland and the District of Columbia.  Co-Conspirator 1 maintained bank

accounts at Bank of America (account number xxxxxxxx3147), TD Bank (account number xxxxxx1860), and TD Bank (account number xxxxxx4690).

3.     Co-Conspirator 2 met Co-Conspirator 1 through one of Co-Conspirator 1's advertisements on Backpage.com. Co-Conspirator 2 maintained a bank account at Bank of America (account number xxxxxxxx8463).  Co-Conspirator 2 owned and operated a trial and litigation support business which maintained a bank account at JP Morgan Chase (account number xxxxx1097).

4.     Individual A met Co-Conspirator 1 through one of Co-Conspirator 1's advertisements on Backpage.com.  Individual A maintained a bank account at Capitol One Bank (account number xxxxxx4218).

5.     R&R Mechanical Contractors, Inc. maintained a bank account for its Operating Account at SunTrust Bank (account number xxxxxxxxx3291).

6.     R&R Mechanical Contractors, Inc. maintained a bank account for its Payroll Account at SunTrust Bank (account number xxxxxxxxx3358).

7.     R&R Mechanical Contractors, Inc. maintained a bank account for its Service Division Account at SunTrust Bank (account number xxxxxxxxx3267).

8.     R&R Mechanical Contractors, Inc. maintained a bank account for its Service Payroll Account at SunTrust Bank (account number xxxxxxxxx3366).

9.     R&R Mechanical Contractors, Inc. maintained a bank account for its subsidiary, 2902 Bladensburg Road LLC, at BB&T Bank (account number xxxxxx4982).

10.     As the Chief Financial Officer of R&R Mechanical Contractors, Inc., the defendant had access to and signatory authority on the Operating Account at SunTrust Bank (account number

xxxxxxxxx3291), the Payroll Account at SunTrust Bank (account number xxxxxxxxx3358), the Service Division Account at SunTrust Bank (account number xxxxxxxxx3267), the Service Division Payroll Account at SunTrust Bank (account number xxxxxxxxx3366), and the 2902 Bladensburg Road LLC account at BB&T Bank (account number xxxxxx4982).

11.     Landman & Company is located in Gaithersburg, Maryland, and maintained a bank account at Wells Fargo Bank (account number xxxxxx8690).

12.     Gaithersburg Coin Exchange, Inc. is located in Gaithersburg, Maryland, and maintained a bank account at Bank of America (account number xxxxxx5338).

13.     Golden Eagle Coins is located in Laurel, Maryland, and maintained a bank account at PNC Bank (account number xxxxxx1264).

14.     The Bullion Bank is located in Chantilly, Virginia, and maintained a bank account at Capitol One Bank (account number xxxxxx9962).

15.     Bullion Exchanges, LLC, is located in New York, New York, and maintained a bank account at TD Bank (account number xxxxxx3594).

16.     SunTrust Bank and BB&T Bank were federally insured by the Federal Deposit Insurance Corporation and each was a financial institution as defined in Title 18, United States Code, Section 20, with branches in the District of Columbia and elsewhere.

### *The Bank Fraud and Money Laundering Scheme*

17.     In 2016, the defendant responded to Co-Conspirator 1's advertisement for massage services on Backpage.com.     The defendant and Co-Conspirator 1 then began a romantic relationship.

3

18.    Beginning in or about January 2017, and continuing through in or about April 2017, within the District of Columbia and elsewhere, the defendant, together with Co-Conspirator 1, Co-Conspirator 2, and other co-conspirators, known and unknown (the "co-conspirators"), conspired, confederated, and agreed to execute and attempt to execute a scheme and artifice to obtain at least $4,217,542.86 in R&R Mechanical Contractors, Inc. and 2902 Bladensburg Road LLC monies, funds, credits, and assets owned by and under the custody and control of SunTrust Bank and BB&T Bank, by means of materially false and fraudulent pretenses, representations, and promises.

19.    The defendant together with Co-Conspirator 1 and Co-Conspirator 2, and other co-conspirators, also conspired, confederated, and agreed to execute and attempt to execute a scheme and artifice to conduct financial transactions involving the proceeds of their bank fraud knowing that the transactions were designed in whole and in part to conceal and to disguise the nature, the location, the source, the ownership, and the control of the proceeds of their bank fraud.

20.    It was part of the scheme that the defendant initiated wire transfers from R&R Mechanical Contractors, Inc.'s SunTrust Bank accounts to bank accounts controlled by himself and other co-conspirators, who in turn transferred those funds to other co-conspirators and conducted financial transactions to convert those wired funds into cash.

21.    It also was a part of the scheme that the defendant generated checks, drawn against R&R Mechanical Contractors, Inc.'s SunTrust Bank accounts and 2902 Bladensburg Road LLC's BB&T Bank account, payable to himself, to "Cash," to Co-Conspirator 1, and to Co-Conspirator 2 for subsequent financial transactions to convert those checks into cash.

4

22.    It further was a part of the scheme that the defendant and Co-Conspirator 1 and Co-Conspirator 2 created fraudulent documents in an attempt to justify and disguise the fraudulent nature of the transfers from R&R Mechanical Contractors, Inc.'s SunTrust Bank accounts.

23.    It further was a part of the scheme that the defendant initiated wire transfers from R&R Mechanical Contractors, Inc.'s SunTrust Bank accounts to bank accounts controlled by Landman & Company, Gaithersburg Coin Exchange, Inc., Golden Eagle Coins, The Bullion Bank, and Bullion Exchanges, LLC, for the purchase and delivery of gold bars.

24.    During the bank fraud and money laundering conspiracy, the defendant and other co-conspirators engaged in the following transactions:

a.    On or about January 11, 2017, the defendant initiated a wire transfer from R&R Mechanical Contractors, Inc.'s Operating Account at SunTrust Bank (account number xxxxxxxxx3291) in the amount of $110,616.00 to Co-Conspirator 1's account at Bank of America (account number xxxxxxxx3147).   On or about January 12, 2017, Co-Conspirator 1 obtained a cashier's check in the amount of $110,010.00 from Co-Conspirator 1's account at Bank of America (account number xxxxxxxx3147).   On or about January 13, 2017, Co-Conspirator 1 cashed the cashier's check in the amount of $110,010.00 at PLS Financial Services in New York.

b.    On or about January 17, 2017, from R&R Mechanical Contractors, Inc.'s office located at 2902 Bladensburg Road, N.E., Washington, D.C., the defendant removed check number 1266 from R&R Mechanical Contractors, Inc.'s check register for its Payroll Account at SunTrust Bank (account number xxxxxxxxx3358) and wrote a check in the amount of $171,170.00 payable to "Daniel Zancan"   On the face of the check, the defendant indicated that it was for "Replace lost check 2016 xmas."   The defendant deposited the $171,170.00 check into his

account at SunTrust Bank (account number xxxxxxxxx8370).  Two days later, on or about January 19, 2017, the defendant initiated a wire transfer from his account at SunTrust Bank (account number xxxxxxxxx8370) in the amount of $171,100.00 to Co-Conspirator's 1's account at TD Bank (account number xxxxxx1860).

           c.      On or about January 17, 2017, from 2902 Bladensburg Road LLC's office located at 2902 Bladensburg Road, N.E., Washington, D.C., the defendant removed check number 121 from 2902 Bladensburg Road LLC's check register for its bank account at BB&T Bank (account number xxxxxx4982) and wrote a check in the amount of $5,000 payable to "Daniel Zancan."  On or about January 18, 2017, the defendant deposited the $5,000.00 check into his account at SunTrust Bank (account number xxxxxxxxx8370).  On or about that same date, the defendant wrote a check from his account at SunTrust Bank (account number xxxxxxxxx8370) in the same amount of $5,000 payable to "Daniel Zancan."

           d.      On or about January 17, 2017, the defendant initiated a wire transfer from R&R Mechanical Contractors, Inc.'s Service Division Account at SunTrust Bank (account number xxxxxxxxx3267) in the amount of $5,600.00 to Co-Conspirator 2's account at Bank of America (account number xxxxxxxx8463).

           e.      On or about January 18, 2017, the defendant initiated a wire transfer from R&R Mechanical Contractors, Inc.'s Service Division Account at SunTrust Bank (account number xxxxxxxxx3267) in the amount of $179,860.00 to Co-Conspirator 1's account at TD Bank (account number xxxxxx1860).  On or about January 19, 2017, Co-Conspirator 1 obtained cashier's checks in the amounts of $250,000.00 and $100.000.00 from Co-Conspirator 1's account at TD Bank (account number xxxxxx1860).  On or about January 19, 2017, the defendant wrote

a letter, on R&R Mechanical Contractors, Inc.'s letterhead, falsely claiming that his $171,800 and $179,800 wire transfers to Co-Conspirator 1 were "equity distributions of a minority interest in a closely held corporation."   The defendant also created a fraudulent "Stock Purchase Agreement" between the owner of R&R Mechanical Contractors, Inc. and Co-Conspirator 1 containing fraudulent signatures of the owner of R&R Mechanical Contractors, Inc. and Co-Conspirator 1. The defendant emailed both documents to PLS Financial Services in New York.   On or about January 24, 2017, Co-Conspirator 1 cashed the cashier's checks in the amounts of $250,000.00 and $100,000.00 at PLS Financial Services in New York, New York.

   f.  On or about January 19, 2017, from 2902 Bladensburg Road LLC's office located at 2902 Bladensburg Road, N.E., Washington, D.C., the defendant removed check number 122 from 2902 Bladensburg Road LLC's check register for its bank account at BB&T Bank (account number xxxxxx4982) and wrote a check in the amount of $3,000 payable to Co-Conspirator 1.

   g.  On or about January 23, 2017, the defendant initiated a wire transfer from R&R Mechanical Contractors, Inc.'s Service Division Account at SunTrust Bank (account number xxxxxxxxx3267) in the amount of $14,500.00 to Co-Conspirator 1's account at Bank of America (account number xxxxxxxx3147).

   h.  On or about January 23, 2017, from R&R Mechanical Contractors, Inc.'s office located at 2902 Bladensburg Road, N.E., Washington, D.C., the defendant removed check number 1268 from R&R Mechanical Contractors, Inc.'s check register for its Payroll Account at SunTrust Bank (account number xxxxxxxxx3358) and wrote a check in the amount of $217,500.00 payable to "Daniel Zancan"  On the face of the check, the defendant indicated that it was for

"2016 Bonus Distribution."   The defendant deposited the $217,500.00 check into his account at SunTrust Bank (account number xxxxxxxxx8370).   On or about that same date, the defendant obtained a cashier's check in the amount of $210,000.00 from his account at SunTrust Bank (account number xxxxxxxxx8370).   The defendant cashed the cashier's check in the amount of $210,000.00 at a check cashing business in Montgomery County, Maryland.

        i.      On or about January 23, 2017, the defendant and Co-Conspirator 2 created and entered into a fraudulent retainer agreement whereby Co-Conspirator 2's trial and litigation support business agreed to provide R&R Mechanical Contractors, Inc. with "assistance regarding trial exhibit preparation, deposition video clip preparation, Powerpoint slide assistance, and presentation of all of the appropriate items."   The agreement listed an estimated cost of services of $360,000.00 and provided for a non-refundable retainer of $60,000.00.

        j.      On or about January 24, 2017, the defendant initiated a wire transfer from R&R Mechanical Contractors, Inc.'s Service Division Account at SunTrust Bank (account number xxxxxxxxx3267) in the amount of $220,000.00 to Co-Conspirator 2's trial and litigation support business's account at JP Morgan Chase (account number xxxxx1097).   On or about January 25, 2017, from Chase Bank, Co-Conspirator 2 obtained five cashier's checks totaling $152,605.00 from Co-Conspirator 2's trial and litigation support business payable to "Daniel Zancan."   On or about January 27, 2017, the defendant cashed the five cashier's checks totaling $152,605.00 at Gomez Check Cashing in Trenton, New Jersey.

        k.      On or about January 24, 2017, the defendant initiated a wire transfer from R&R Mechanical Contractors, Inc.'s Service Division Account at SunTrust Bank (account number xxxxxxxxx3267) in the amount of $76,000.00 to Individual A's account at Capitol One Bank

(account number xxxxxx4218).   Using the funds wired by the defendant, Individual A obtained cash and $10,000 in money orders, which were provided to the defendant.   On or about February 1, 2017, the defendant deposited $10,000 in money orders into his account at SunTrust Bank (account number xxxxxxxxx8370).

l.      On or about January 26, 2017, from 2902 Bladensburg Road LLC's office located at 2902 Bladensburg Road, N.E., Washington, D.C., the defendant removed check number 123 from 2902 Bladensburg Road LLC's check register for its bank account at BB&T Bank (account number xxxxxx4982) and wrote a check in the amount of $25,000.00 payable to "Cash."

m.      On or about January 26, 2017, the defendant obtained check number 7913806 in the amount of $25,010.00 from 2902 Bladensburg Road LLC's bank account at BB&T Bank (account number xxxxxx4982) payable to "Cash."

n.      On or about January 26, 2017, the defendant obtained check number 7913808 in the amount of $25,010.00 from 2902 Bladensburg Road LLC's bank account at BB&T Bank (account number xxxxxx4982) payable to "Cash."

o.      On or about January 26, 2017, the defendant obtained check number 5008218764 in the amount of $25,000.00 from 2902 Bladensburg Road LLC's bank account at BB&T Bank (account number xxxxxx4982) payable to "Daniel Zancan."   On or about January 27, 2017, the defendant deposited the $25,000.00 check into his account at SunTrust Bank (account number xxxxxxxxx8370).   On or about January 26, 2017, the defendant obtained a cashier's check from SunTrust Bank in the amount of $52,500.00, which the defendant cashed at Laundroland LLC in Hyattsville, Maryland.

p.    On or about January 27, 2017, the defendant obtained check number 5008218763 in the amount of $25,000.00 from 2902 Bladensburg Road LLC's bank account at BB&T Bank (account number xxxxxx4982) payable to "Daniel Zancan."   On or about January 27, 2017, the defendant cashed the cashier's check in the amount of $25,000.00 at Gomez Check Cashing in Trenton, New Jersey.

q.    On or about January 27, 2017, the defendant obtained check number 7378208 in the amount of $60,010.00 from 2902 Bladensburg Road LLC's bank account at BB&T Bank (account number xxxxxx4982) payable to "Cash."

r.    On or about January 27, 2017, the defendant obtained from BB&T Bank an official check 10000152309 in the amount of $55,000.00.   On the face of the check, the Memo/Purchaser section stated, " 2902 Bladensburg Rd LLC."   On or about January 27, 2017, the defendant cashed the cashier's check in the amount of $55,000.00 at Gomez Check Cashing in Trenton, New Jersey.

s.    On or about January 27, 2017, the defendant delivered cash to co-conspirators in New York, New York, including cash he received from Co-Conspirator 2 and Individual A.

t.    On or about January 30, 2017, the defendant initiated a wire transfer from R&R Mechanical Contractors, Inc.'s Service Division Account at SunTrust Bank (account number xxxxxxxxx3267) in the amount of $9,600.00 to Co-Conspirator 1's account at Bank of America (account number xxxxxxxx3147).

u.    On or about January 30, 2017, the defendant initiated a wire transfer from R&R Mechanical Contractors, Inc.'s Service Division Account at SunTrust Bank (account number

10

xxxxxxxxx3267) in the amount of $9,400.00 to Co-Conspirator 1's account at TD Bank (account number xxxxxx1860).

        v.      On or about February 1, 2017, the defendant initiated a wire transfer from R&R Mechanical Contractors, Inc.'s Service Division Account at SunTrust Bank (account number xxxxxxxxx3267) in the amount of $100,000.00 to Co-Conspirator 2's trial and litigation support business's account at JP Morgan Chase (account number xxxxx1097).   On February 2, 2017, Co-Conspirator 2 obtained a cashier's check in the amount of $80,000 from Chase Bank, which Co-Conspirator 2 cashed at Gomez Check Cashing in Trenton, New Jersey.   Co-Conspirator 2 provided the $80,000 in cash to the defendant for delivery to co-conspirators in New York.

        w.      On or about February 7, 2017, the defendant initiated a wire transfer from R&R Mechanical Contractors, Inc.'s Service Division Account at SunTrust Bank (account number xxxxxxxxx3267) in the amount of $24,000.00 to Individual A's account at Capitol One Bank (account number xxxxxx4218).   Individual A converted the wired funds to cash, and provided the cash to the defendant for delivery to co-conspirators in New York.

        x.      On or about February 8, 2017, from R&R Mechanical Contractors, Inc.'s office located at 2902 Bladensburg Road, N.E., Washington, D.C., the defendant removed check number 15844 from R&R Mechanical Contractors, Inc.'s check register for its Operating Account at SunTrust Bank (account number xxxxxxxxx3291) and wrote a check in the amount of $20,830.00 payable to "Daniel Zancan"   On the face of the check, the defendant indicated that it was for "Expense Reimbursement."   The defendant deposited the $20,830.00 check belonging to R&R Mechanical Contractors, Inc. into his personal bank account at SunTrust Bank (account number xxxxxxxxx8370).   On or about that same date, the defendant wrote a check from his

account at SunTrust Bank (account number xxxxxxxxx8370) in the amount of $51,000.00 payable to "Daniel Zancan."

   y. On or about February 8, 2017, from 2902 Bladensburg Road LLC's office located at 2902 Bladensburg Road, N.E., Washington, D.C., the defendant removed check number 124 from 2902 Bladensburg Road LLC's check register for its bank account at BB&T Bank (account number xxxxxx4982) and wrote a check in the amount of $3,000.00 payable to "Cash." The defendant also removed check number 1080 from R&R Mechanical Contractors, Inc.'s check register for its Service Division Operating Account at SunTrust Bank (account number xxxxxxxxx3267) and wrote a check in the amount of $3,000.00 payable to "Cash." On the face of the check, the defendant indicated that it was for "Petty Cash."

   z. On or about February 13, 2017, the defendant initiated a wire transfer from R&R Mechanical Contractors, Inc.'s Service Division Account at SunTrust Bank (account number xxxxxxxxx3267) in the amount of $31,864.00 to Co-Conspirator 1's personal checking account at Bank of America (account number xxxxxxxx3147).

   aa. On or about February 13, 2017, from R&R Mechanical Contractors, Inc.'s office located at 2902 Bladensburg Road, N.E., Washington, D.C., the defendant removed check number 15931 from R&R Mechanical Contractors, Inc.'s check register for its Operating Account at SunTrust Bank (account number xxxxxxxxx3291) and wrote a check in the amount of $7,500.00 payable to "Daniel Zancan" On the face of the check, the defendant indicated that it was for "Expenses." The defendant deposited the $7,500.00 check into his personal bank account at SunTrust Bank (account number xxxxxxxxx8370).

bb.     On or about February 14, 2017, the defendant initiated a wire transfer from R&R Mechanical Contractors, Inc.'s Service Division Account at SunTrust Bank (account number xxxxxxxxx3267) in the amount of $124,000.00 to 2902 Bladensburg Road LLC's account at BB&T Bank (account number xxxxxx4982). On the following day, February 15, 2017, from 2902 Bladensburg Road LLC's office located at 2902 Bladensburg Road, N.E., Washington, D.C., the defendant removed check number 132 from 2902 Bladensburg Road LLC's check register for its bank account at BB&T Bank (account number xxxxxx4982) and wrote a check in that same amount of $124,000.00 payable to "Cash." The defendant also removed check number 1081 from R&R Mechanical Contractors, Inc.'s check register for its Service Division Operating Account at SunTrust Bank (account number xxxxxxxxx3267) and wrote a check in the amount of $3,000.00 payable to "Cash." On the face of the check, the defendant indicated that it was for "Petty Cash." The defendant also removed check number 1450 from R&R Mechanical Contractors, Inc.'s check register for its Service Division Operating Account at SunTrust Bank (account number xxxxxxxxx3267) and wrote a check in the amount of $20,000.00 payable to Co-Conspirator 2's trial and litigation support business, which Co-Conspirator deposited into his business's account at JP Morgan Chase (account number xxxxx1097). On the face of the check, in the memo section, the defendant wrote "retainer fee."

cc.     On or about February 20, 2017, from R&R Mechanical Contractors, Inc.'s office located at 2902 Bladensburg Road, N.E., Washington, D.C., the defendant removed check number 15947 from R&R Mechanical Contractors, Inc.'s check register for its Operating Account at SunTrust Bank (account number xxxxxxxxx3291) and wrote a check in the amount of $113,700.00 payable to "Daniel Zancan." On the face of the check, the defendant indicated that

13

it was for "Distribution."    On or about February 21, 2017, the defendant deposited the $113,700.00 into his bank account at SunTrust Bank (account number xxxxxxxxx8370).

dd.    On or about February 21, 2017, the defendant initiated a wire transfer from R&R Mechanical Contractors, Inc.'s Service Division Account at SunTrust Bank (account number xxxxxxxxx3267) in the amount of $200,000.00 to Gaithersburg Coin Exchange, Inc.'s account at Bank of America (account number xxxxxx5338) for the purchase of 157 gold bars.    On or about February 24, 2017, the defendant picked up 157 gold bars from Gaithersburg Coin Exchange, Inc. in Gaithersburg, Maryland, and delivered those bars to co-conspirators in New York.

ee.    On or about March 6, 2017, the defendant initiated a wire transfer from R&R Mechanical Contractors, Inc.'s Service Division Account at SunTrust Bank (account number xxxxxxxxx3267) in the amount of $218,000.00 to his personal bank account at SunTrust Bank (account number xxxxxxxxx8370).    The defendant indicated that the purpose of the wire was for "2017 Distribution."

ff.    On or about March 10, 2017, the defendant initiated a wire transfer from R&R Mechanical Contractors, Inc.'s Service Division Account at SunTrust Bank (account number xxxxxxxxx3267) in the amount of $16,000.00 to Co-Conspirator 1's account at TD Bank (account number xxxxxx4690).

gg.    On or about March 10, 2017, the defendant initiated a wire transfer from R&R Mechanical Contractors, Inc.'s Service Division Account at SunTrust Bank (account number xxxxxxxxx3267) in the amount of $110,000.00 to 2902 Bladensburg Road LLC's account at BB&T Bank (account number xxxxxx4982) in preparation for future transfers out of the account.

14

hh.     On or about March 11, 2017, the defendant obtained check number 8650956 in the amount of $4,000.00 from 2902 Bladensburg Road LLC's bank account at BB&T Bank (account number xxxxxx4982) payable to "Cash."

ii.     On or about March 14, 2017, the defendant initiated a wire transfer from R&R Mechanical Contractors, Inc.'s Operating Account at SunTrust Bank (account number xxxxxxxxx3291) in the amount of $110,750.00 to his personal bank account at SunTrust Bank (account number xxxxxxxxx8370).   The defendant falsely claimed that the purpose of the wire was for "2017 Owner Distribution."   On or about March 14, 2017, the defendant wrote a check from his account at SunTrust Bank (account number xxxxxxxxx8370) in the amount of $179,800.00 payable to "Daniel Zancan."

jj.     On or about March 15, 2017, the defendant initiated a wire transfer from R&R Mechanical Contractors, Inc.'s Service Division Account at SunTrust Bank (account number xxxxxxxxx3267) in the amount of $20,000.00 to Co-Conspirator 2's account at Bank of America (account number xxxxxxxx8463).

kk.     On or about March 15, 2017, from R&R Mechanical Contractors, Inc.'s office located at 2902 Bladensburg Road, N.E., Washington, D.C., the defendant removed check number 80 from R&R Mechanical Contractors, Inc.'s check register for its Service Division Account at SunTrust Bank (account number xxxxxxxxx3267) and wrote a check in the amount of $4,312.00 payable to "Cash."   On the face of the check, the defendant indicated that it was for "Petty Cash."

ll.     On or about March 15, 2017, from R&R Mechanical Contractors, Inc.'s office located at 2902 Bladensburg Road, N.E., Washington, D.C., the defendant removed check

number 1451 from R&R Mechanical Contractors, Inc.'s check register for its Service Division Account at SunTrust Bank (account number xxxxxxxxx3267) and wrote a check in the amount of $32,401.00 payable to "Daniel Zancan." On the face of the check, the defendant indicated that it was for "2013 Tax Distribution." On or about March 23, 2017, The defendant deposited the $32,401.00 check into his account at SunTrust Bank (account number xxxxxxxxx8370).

mm.     On or about March 16, 2017, the defendant obtained check number 819677 in the amount of $50,000.00 from 2902 Bladensburg Road LLC's bank account at BB&T Bank (account number xxxxxx4982) payable to "Cash."

nn.     On or about March 16, 2017, the defendant obtained check number 819678 in the amount of $50,000.00 from 2902 Bladensburg Road LLC's bank account at BB&T Bank (account number xxxxxx4982) payable to "Cash."

oo.     On or about March 16, 2017, the defendant cashed cashier's checks totaling $279,000 at Gomez Check Cashing in Trenton, New Jersey. The defendant delivered that cash to co-conspirators in New York.

pp.     On or about March 20, 2017, from R&R Mechanical Contractors, Inc.'s office located at 2902 Bladensburg Road, N.E., Washington, D.C., the defendant removed check number 1005 from R&R Mechanical Contractors, Inc.'s check register for its Service Division Payroll Account at SunTrust Bank (account number xxxxxxxxx3366) and wrote a check in the amount of $6,500.00 payable to "Daniel Zancan" The defendant deposited the $6,500.00 check into his account at SunTrust Bank (account number xxxxxxxxx8370).

qq.     On or about March 21, 2017, the defendant initiated a wire transfer from R&R Mechanical Contractors, Inc.'s Service Division Account at SunTrust Bank (account number

xxxxxxxxx3267) in the amount of $406,327.80 to Golden Eagle Coins's account at PNC Bank (account number xxxxxx1264) for the purchase of 10 one-kilo gold bars.   On or about March 23, 2017, the defendant picked up 10 one-kilo gold bars from Golden Eagle Coins in Laurel, Maryland, and delivered those bars to co-conspirators in New York.

     rr.  On or about March 21, 2017, the defendant initiated a wire transfer from R&R Mechanical Contractors, Inc.'s Service Division Account at SunTrust Bank (account number xxxxxxxxx3267) in the amount of $7,500.00 to Co-Conspirator 1's account at Bank of America (account number xxxxxxxx3147).

     ss.  On or about March 22, 2017, the defendant initiated a wire transfer from R&R Mechanical Contractors, Inc.'s Service Division Account at SunTrust Bank (account number xxxxxxxxx3267) in the amount of $503,227.00 to The Bullion Bank's account at Capitol One Bank (account number xxxxxx9962) for the purchase of 12 one-kilo and 10 one-ounce gold bars. The defendant picked up the gold bars from The Bullion Bank in Chantilly, Virginia, and delivered those bars to co-conspirators in New York.

     tt.  On or about March 22, 2017, the defendant initiated a wire transfer from R&R Mechanical Contractors, Inc.'s Service Division Account at SunTrust Bank (account number xxxxxxxxx3267) in the amount of $600,780.06 to Bullion Exchanges, LLC's account at TD Bank (account number xxxxxx3594) for the purchase of 26 one-ounce gold bars and 14 one-kilo gold bars.   The defendant picked up the gold bars from Bullion Exchanges, LLC in New York, New York, and delivered those bars to co-conspirators in New York.

     uu.  On or about March 23, 2017, the defendant initiated a wire transfer from R&R Mechanical Contractors, Inc.'s Service Division Account at SunTrust Bank (account number

xxxxxxxxx3267) in the amount of $205,000.00 to Landman & Company's account at Wells Fargo Bank (account number xxxxxx8690) for the purchase and delivery of 161 one-ounce gold bars. On March 24, 2017, Landman & Company delivered 100 one-ounce gold bars to the defendant at R&R Mechanical Contractors, Inc., located at 2902 Bladensburg Road, N.E., Washington, D.C. On March 27, 2017, Landman & Company delivered 61 one-ounce gold bars to the defendant at R&R Mechanical Contractors, Inc., located at 2902 Bladensburg Road, N.E., Washington, D.C. The defendant picked up both shipments and transported the gold to New York, where the defendant exchanged the gold at a gold dealer for $80,000 in cash. The defendant provided $50,000 in cash to Co-Conspirator 1 for delivery to other co-conspirators in New York.

vv.     On or about March 24, 2017, the defendant initiated a wire transfer from R&R Mechanical Contractors, Inc.'s Service Division Account at SunTrust Bank (account number xxxxxxxxx3267) in the amount of $25,000.00 to Co-Conspirator 1's account at Bank of America (account number xxxxxxxx3147).

ww.     On or about March 24, 2017, the defendant initiated a wire transfer from R&R Mechanical Contractors, Inc.'s Service Division Account at SunTrust Bank (account number xxxxxxxxx3267) in the amount of $25,000.00 to Co-Conspirator 1's account at TD Bank (account number xxxxxx1860).

xx.     On or about March 27, 2017, from R&R Mechanical Contractors, Inc.'s office located at 2902 Bladensburg Road, N.E., Washington, D.C., the defendant removed check number 16200 from R&R Mechanical Contractors, Inc.'s check register for its Operating Account at SunTrust Bank (account number xxxxxxxxx3291) and wrote a check in the amount of $99,575.00 payable to "Daniel Zancan"  On the face of the check, the defendant indicated that it

18

was for "Materials." The defendant deposited the $99,575.00 check into his bank account at SunTrust Bank (account number xxxxxxxxx8370).

24. The above-referenced transactions were not authorized by R&R Mechanical Contractors, Inc., 2902 Bladensburg Road LLC, SunTrust Bank, or BB&T Bank, and were without legal justification or excuse. The defendant and his co-conspirators obtained a total of $4,217,542.86 in monies, funds, credits, and assets owned by and under the custody and control of SunTrust Bank and BB&T Bank, including $3,818,512.86 in monies, funds, credits, and assets of R&R Mechanical Contractors, Inc. and $399,030.00 in monies, funds, credits, and assets of 2902 Bladensburg Road LLC.

### *Additional Conduct During the Scheme*

25. On or about March 19, 2017, the defendant stole a Browning BDM 9-millimeter pistol, bearing serial number 945NT05097, a Raven .25-caliber P-25 pistol, bearing serial number 287967, and a total of 48 rounds 9-millimeter ammunition from a gun cabinet in his parent's home in Silver Spring, Maryland. The defendant traveled with the firearms in Maryland, Virginia, the District of Columbia, and New York, as he completed the fraudulent transactions and delivered cash and gold to individuals in New York.

26. On or about March 24, 2017, the defendant rented a silver Chevrolet Cruze, bearing Virginia tag VUJ4297, from Budget Rental Car in Rockville, Maryland. After picking up the Landman & Company gold shipment on March 27, 2017 from R&R Mechanical Contractors, Inc., located at 2902 Bladensburg Road, N.E., Washington, D.C., the defendant delivered the gold bars to co-conspirators in New York.

19

27.     During the course of the scheme, the defendant obtained, from R&R Mechanical Contractors, Inc.'s office located at 2902 Bladensburg Road, N.E., Washington, D.C., the names, dates of birth, and social security numbers for five former employees of R&R Mechanical Contractors, Inc. The defendant used this information during the course of the scheme, and provided this information to Co-Conspirator 1 for Co-Conspirator 1's use.

28.     On March 27, 2017, at the instruction of Co-Conspirator 1, the defendant drove to Dallas, Texas, to meet with another co-conspirator for the purpose of obtaining false identification documents for the defendant and Co-Conspirator 1 using the identifying information of two former R&R Mechanical Contractors, Inc. employees. The defendant then returned to New York to pick up Co-Conspirator 1 for the purpose of fleeing west.

29.     On April 6, 2017, law enforcement located and arrested the defendant in New York. Following the defendant's arrest, law enforcement executed a search warrant on the defendant's rental vehicle, a silver Chevrolet Cruze, bearing Virginia tag VUJ4297. During the search, law enforcement recovered from the vehicle $40,850.00 in cash, the two firearms and 48 rounds of ammunition, and two passport photos of Co-Conspirator 1.

## Limited Nature of Proffer

30.     This proffer of evidence is not intended to constitute a complete statement of all facts known by the defendant, but is a minimum statement of facts intended to provide the necessary factual predicate for the guilty plea.     The limited purpose of this proffer is to demonstrate that there exists a sufficient legal basis for defendant's plea of guilty to the charged crimes.

Respectfully submitted,

JESSIE K. LIU
UNITED STATES ATTORNEY
D.C. Bar No. 472845

By: _____

DAVID B. KENT, D.C. Bar No. 482850
KONDI KLEINMAN, CA Bar. No. 241277
Assistant United States Attorneys
555 4th Street, N.W.
Washington, D.C. 20530
(202) 272-7762 (Kent)
(202) 252-6887 (Kleinman)
David.Kent@usdoj.gov
Kondi.Kleinman2@usdoj.gov

DATED: October 3, 2017

## DEFENDANT'S ACCEPTANCE

The preceding statement is a summary, made for the purpose of providing the Court with a factual basis for my guilty plea to the charges against me.  It does not include all of the facts known to me regarding these offenses. I make this statement knowingly and voluntarily and because I am, in fact, guilty of the crimes charged.  No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of Offense fully.

I have read every word of this Statement of the Offense, or have had it read to me. Pursuant to Federal Rule of Criminal Procedure 11, after consulting with my attorney, I agree and stipulate to this Statement of the Offense, and declare under penalty of perjury that it is true and correct.

Date: 10 - 3 - 17

DANIEL GARRETT ZANCAN
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of Offense, and have reviewed it with my client fully.   I concur in my client's desire to adopt and stipulate to this Statement of the Offense as true and accurate.

Date: 10 3 17

DAVID K. FELSEN, Esq.
Counsel for Defendant Zancan

22