UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL CASE NO. 17-00075 |
| v. | : | |
| DANIEL GARRETT ZANCAN, | : | |
| Defendant. | : | |

**JOINT STATUS REPORT**

The United States of America, by and through its attorney the United States Attorney for the District of Columbia, and defendant Daniel Garrett Zancan, through counsel David Felsen, respectfully file this joint status report.

Mr. Zancan's case is ready to be moved to a sentencing posture. The parties are available for a sentencing hearing on the following dates (which are listed in order of preference): September 30, 2024, September 23, 2024, September 24, 2024, and October 1, 2024.

Respectfully submitted,

MATTHEW M. GRAVES
D.C. Bar No. 481052
UNITED STATES ATTORNEY

By:   /s/ Kondi Kleinman
KONDI KLEINMAN
California Bar No. 241277
Assistant United States Attorney
Fraud, Public Corruption & Civil Rights Section
601 D Street, N.W. | Washington, D.C. 20530
(202) 252-6887 | Kondi.Kleinman2@usdoj.gov